UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Case No. 15-9262 |
| Francesca Sangalli | : | **ORDER FOR DISMISSAL** |

**Under Rule 48**(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Violation 1925942, 1925943 and 1925944 against defendant **Francesca Sangalli**, which was filed on July 11, 2015, charging her with:

(1) Possession of CDS.

(2) Possession of Paraphernalia.

(3) Possession of CDS in a Motor Vehicle.

in violation of Title 36, Code of Federal Regulations, Section 2.35c for the reason that prosecution of defendant **Francesca Sangalli**, is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant **Francesca Sangalli**, of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

PAUL J. FISHMAN
United States Attorney

_____
Rebecca Sherrill
Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

4/27/16
DATE

_____
HONORABLE ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE